UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| IN RE:<br><br>ROY VANCE PRESTWOOD, JR.<br><br>And<br><br>ALYSIA BRADDOCK PRESTWOOD<br><br>Debtors. | BK CASE NO. 3:21-bk-00279-JAF<br><br>CHAPTER 13 |

**MS MAN DEBT LLC's AMENDED AGREED MOTION
FOR PROSPECTIVE RELIEF FROM AUTOMATIC STAY**
*Amended to Include Signature Attestation*

MS MAN DEBT LLC along with Roy Vance Prestwood, Jr. and Alysia Braddock Prestwood [collectively "**Debtors**"] files this Agreed Motion for Relief from the Automatic Stay under 11 U.S.C. §362(1), 11 U.S.C. §362(1) (d)(4) and Bankruptcy Rule 4001-1 related to the following properties and states as follows:

1. On <u>February 4, 2021</u>, Debtors filed a Voluntary Chapter 13 Petition.

2. Creditor has security interest in the following properties which are referred to collectively as (the "**Properties**"):

    (a) The property located at **<u>2126 Club Lake Drive, Orange Park, Florida 32065</u>** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**A**". The Property is more fully described as:

*Lot 39, Eagle Landing at Oakleaf Plantation Phase Three, according to the map or plat thereof, as recorded in Plat Book 50, Page(s) 15 through 36, of the Public Records of Clay County, Florida.*

(b)     The property located at **1099 Southern Hills Drive, Orange Park, Florida 32065** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**B**". The Property is more fully described as:

*Lots 253, Eagle Landing at Oakleaf Plantation Phase Three, according to the map or plat thereof, as recorded in Plat Book 50, Page(s) 15 through 36, of the Public Records of Clay County, Florida.*

(c)     The property located at **357 Pescado Drive, St. Augustine, Florida 32095** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**C**". The Property is more fully described as:

*Lot 150, Madeira at St. Augustine Phase 1B, according to the map or plat thereof, as recoded in Map Book 64, Page 15 through 24, of the Public Records of St. Johns County, Florida.*

(d)     The property located at **343 Pescado Drive, St. Augustine, Florida 32095** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**D**". The Property is more fully described as:

*Lot 149, Madeira at St. Augustine Phase 1B, according to the map or plat thereof, as recorded in Map Book 64, Page 15 thorough 24, of the Public Records of St. Johns County, Florida.*

(e)     The property located at **148 Pescado Drive, St. Augustine, Florida 32095** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**E**". The Property is more fully described as:

*Lot 277, Madeira at St. Augustine Phase 1B, according to the map or plat*

*thereof, as recorded in Plat Book 64, Page(s) 15 through 24, of the Public Records of St. Johns County, Florida.*

(f) The property located at **2007 Bridgewood Drive, Orange Park, Florida 32065** by virtue of its ownership of the note and mortgage. A copy of the loan documents is attached hereto as Exhibit "**F**". The Property is more fully described as:

*Lot 276, Eagle Landing at Oakleaf Plantation Phase Three, according to the map or plat thereof, as recorded in Plat Book 50, Page(s) 15 through 36, of the Public Records of Clay County, Florida.*

3. Debtors and Creditor stipulate and otherwise agree that there is no equity in the Properties.

4. Debtors and Creditor stipulate and otherwise agree that Creditor is not adequately protected.

5. Debtors and Creditor stipulate and otherwise agree that Creditor may immediately record an Order Granting Prospective Relief from the Automatic Stay regardless of any intervening bankruptcy filing.

WHEREFORE, Creditor and Debtors respectfully request that this Honorable Court enter an order:

(a) granting the Agreed Motion for Relief and for Prospective Relief from the Automatic Stay or future filings within the next 2-years by any person or entity in any district as it pertains to the Properties;

(b) waiving the fourteen (14) days stay of the Order Granting Relief pursuant to Bankruptcy Rule 4001(a)(3);

(c) authorizing Creditor to immediately record an Order Granting it Prospective Relief from the Automatic Stay regardless of any intervening bankruptcy filing;

(d) awarding to Creditor its reasonable fees in the amount of $850 and costs in the amount of $188; and

(e) granting such other relief that the Court may deem just and proper.

/s/ *Allison D. Thompson*
Allison D. Thompson
Florida Bar No. 36981
athompson@solomonlaw.com
bankruptcy@solomonlaw.com
**THE SOLOMON LAW GROUP, P.A.**
1881 West Kennedy Boulevard, Suite D
Tampa, Florida 33606-1611
(813) 225-1818 (Tel)
(813) 225-1050 (Fax)
**Attorney for MS MAN DEBT LLC**

/s/  Alyssa Camper Shorestein
Alyssa Camper Shorestein
Florida Bar No. 36981
athompson@solomonlaw.com
bankruptcy@solomonlaw.com
**THE LAW OFFICE OF SHORSTEIN AND LEE**
305 Kingsley Lake Dr., Suite 701
St. Augustine, Florida 32092
(904) 829-3035 (Tel)
**Attorney for Roy Vance Prestwood, Jr.**

**\*\*\*Filer's Attestation: Pursuant to Local Rule 1001-2(g)(3) regarding signatures, Allison D. Thompson attests that concurrence in the filing of this paper has been obtained.**

**Certificate of Service**

   I hereby certify that I am admitted to the bar of this Court. I further certify that the foregoing document was served either by CM/ECF transmission or standard first class mail this 10th day of February 2021, to the following:

Roy Vance Prestwood, Jr. and
Alysia Braddock Prestwood
148 Pescado Drive
St. Augustine, FL 32095
**Debtor**

Alyssa Camper Shorstein
305 Kingsley Lake Drive, Ste. 701
St. Augustine, FL 32092
**Attorney for Debtor**

Douglas W. Neway
P.O. Box 4308
Jacksonville, FL 32201
**Trustee**

**U.S. Trustee**
George C. Young Federal Building
400 W. Washington Street, Ste, 100
Orlando, FL 32801
**U.S. Trustee**

              /s/ *Allison D. Thompson*
              Allison D. Thompson
              Florida Bar No. 36981
              athompson@solomonlaw.com
              bankruptcy@solomonlaw.com
              **THE SOLOMON LAW GROUP, P.A.**
              1881 West Kennedy Boulevard, Suite D
              Tampa, Florida 33606-1611
              (813) 225-1818 (Tel)
              (813) 225-1050 (Fax)