IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

Roy Vance Prestwood, Jr.
And Alysia Braddock Prestwood                          CASE NO. 3:21-bk-00279-JAF

Debtors.
_____/

### NOTICE OF CONVERSION FROM CHAPTER 13 TO CHAPTER 7

Debtors, through the undersigned attorney, file this Notice of Conversion, converting their case from Chapter 13 to Chapter 7.

I hereby certify that a true and correct copy of the foregoing was provided electronically or via US Mail to all interested parties on the attached mailing matrix on this 15th day of March, 2021.

LAW OFFICES OF
SHORSTEIN & LEE, LLC

*/s/ Alyssa C. Shorstein*
ALYSSA C. SHORSTEIN
Florida Bar #: 0068414
305 Kingsley Lake Drive, Suite 701
St. Augustine, FL 32092
Phone: (904) 829-3035
acs@shortsteinandlee.com
Attorney for Debtors